**Alberto AGUIRRE–DIAZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–72529.

United States Court of Appeals, Ninth Circuit.

---

Submitted Jan. 21, 2014.*

Filed Jan. 23, 2014.

John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

Kristin Moresi, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

MEMORANDUM **

Alberto Aguirre–Diaz, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo legal determinations regarding eligibility for cancellation of removal. *Sinotes–Cruz v. Gonzales,* 468 F.3d 1190, 1194 (9th Cir.2006). We deny the petition for review.

Aguirre–Diaz conceded that he was confined to more than 180 days of pretrial detention credited against his six-month sentence, and that he is unable to establish good moral character under *Arreguin–Moreno v. Mukasey,* 511 F.3d 1229 (9th Cir.2008). Thus the agency correctly determined that Aguirre–Diaz failed to establish the requisite good moral character to qualify for cancellation of removal. *See* 8 U.S.C. § 1101(f)(7) (a petitioner cannot

meet the good moral character requirement if confined 180 days or more in a penal institution); *Arreguin–Moreno,* 511 F.3d at 1233 (holding "that when pre-trial detention is credited against the sentence imposed upon conviction, the period of pretrial detention must be considered as confinement as a result of a conviction within the meaning of § 1101(f)(7)").

Aguirre–Diaz's attempts to distinguish his case from *Arreguin–Moreno* are unavailing because he was sentenced to more than 180 days following his conviction, regardless of whether he should have been given bail before his conviction. *See* 8 U.S.C. § 1101(f)(7).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

